# EXHIBIT 3

**EXHIBIT 5.8**

**Claim Chart for Infringement of U.S. Patent No. 8,172,116
by the Beco 8 Baby Carrier**

This chart describes infringement of U.S. Patent No. 8,172,116 patent ("the '116 patent") by the Beco 8 Baby Carrier ("Beco 8") as an exemplary product.  The Beco 8 infringes the specified claims literally and under the doctrine of equivalents.  The infringement analysis in this chart is preliminary and Complainant's investigation is ongoing.  Complainant reserves the right to provide additional theories under which Respondent's products infringe the '116 patent, or evidence to support its current theories, upon obtaining discovery from Respondent.

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 1 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 1 | A carrier for transporting a child by a transporting individual, comprising: | The Beco 8 is a carrier for transporting a child by a transporting individual.<br><br><br><br>*See* Exhibit 5.8.1 (product images). |
| 1[a] | a torso support part [1-A1] configured to support the torso of the child placed in the carrier; | <br><br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 2 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 1[b] | a left shoulder strap [1-B1] having an upper [1-B2] and a lower [1-B3] left-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper left coupling point [1-B4] and a lower left coupling point [1-B5] on the torso support part [1-A1]; |  *See* Exhibit 5.8.1 (product images). |
| 1[c] | a right shoulder strap [1-C1] having an upper [1-C2] and a lower [1-C3] right-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper right coupling point [1-C4] and a lower right coupling point [1-C5] on the torso support part [1-A1]; |  *See* Exhibit 5.8.1 (product images). |
| 1[d] | a seat support part [1-D1] coupled to the torso support part [1-A1] and configured to support the posterior of the child, | "configurable to optionally support at least part of the [] thigh of the child": |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 3 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| | wherein the seat support part [1-D1] comprises a left upper-leg-support part [1-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [1-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and |  *See* Exhibit 5.8.1 (product images).  *See* Exhibit 5.8.1 (product images). "otherwise not support the [] thigh of the child": |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 4 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
|       |           | <br>*See* Exhibit 5.8.1 (product images).<br><br><br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 5 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| 1[e] | a hip belt [1-E1] coupled to the seat support part [1-D1] and configured for securing about the hips of the transporting individual, | <br>*See* Exhibit 5.8.1 (product images). |
| 1[f] | wherein at least one of the upper leg-support parts [1-D2 or 1-D3] is coupled to the hip belt [1-E1] by a fastening device [1-F1] selected from the group consisting of mating areas of a hook and loop type fastener on that upper-leg-support part and the hip belt and mating snaps [1-F2] on that upper-leg-support part and the hip belt. | <br>*See* Exhibit 5.8.1 (product images). |
| 2 | The carrier as recited in claim 1, further comprising: | *See* above analysis. |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 6 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| 2[a] | a first fastener [2-A1] coupled to the left shoulder strap [1-B1] proximate the lower left-strap end [1-B3]; | <br>*See* Exhibit 5.8.1 (product images). |
| 2[b] | a second fastener [2-B1] coupled to the torso support part [1-A1] proximate the lower left coupling point [1-B5], wherein the first fastener [2-A1] is configured for coupling to the second fastener [2-B1]; | <br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 7 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
|  |  |  |
| 2[c] | a third fastener [2-C1] coupled to the right shoulder strap [1-C1] proximate the lower right-strap end [1-C3]; and |  *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 8 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 2[d] | a fourth fastener [2-D1] coupled to the torso support part [1-A1] proximate the lower right coupling point [1-C5], wherein the third fastener [2-C1] is configured for coupling to the fourth fastener [2-D1]. | <br><br>*See* Exhibit 5.8.1 (product images). |
| 5 | The carrier as recited in claim 1, | *See* above analysis. |
| 5[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [5-A1], on the hip [5-A2], or on the front [5-A3] of the transporting individual. | "Carry options: front facing-in, front facing-out, hip and back carry"<br><br>*See* Exhibit 5.8.1 (product images).<br><br><br><br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 9 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 6 | The carrier as recited in claim 5, | *See* above analysis. |
| 6[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [6-A1], |   *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 10 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| 6[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [6-B1], | <br><br>*See* Exhibit 5.8.1 (product images). |
| 6[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [6-C1] or facing away from the transporting individual [6-C2]. | "Carry options: front facing-in, front facing-out, hip and back carry"<br><br>*See* Exhibit 5.8.1 (product images).). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 11 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| | |  **[6-C2]** **[6-C1]** Front Carry Facing In    Front Carry Facing Out   *See* Exhibit 5.8.1 (product images). |
| 9 | A carrier for transporting a child by a transporting individual, comprising: | The Beco 8 is a carrier for transporting a child by a transporting individual.  **Child** **Transporting individual** *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 12 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 9[a] | a torso support part [9-A1] configured to support the torso of the child placed in the carrier; | <br><br>*See* Exhibit 5.8.1 (product images). |
| 9[b] | a left shoulder strap [9-B1] having an upper [9-B2] and a lower [9-B3] left-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper left coupling point [9-B4] and a lower left coupling point [9-B5] on the torso support part [9-A1]; | <br><br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 13 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| 9[c] | a right shoulder strap [9-C1] having an upper [9-C2] and a lower [9-C3] right-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper right coupling point [9-C4] and a lower right coupling point [9-C5] on the torso support part [9-A1]; |  *See* Exhibit 5.8.1 (product images). |
| 9[d] | a seat support part [9-D1] coupled to the torso support part [9-A1] and configured to support the posterior of the child, wherein the seat support part [9-D1] comprises a left upper-leg-support part [9-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [9-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right | "configurable to optionally support at least part of the [] thigh of the child":  *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 14 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
|  | thigh of the child and otherwise not support the right thigh of the child; and | <br>*See* Exhibit 5.8.1 (product images).<br><br>"otherwise not support the [] thigh of the child":<br><br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 15 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| | |  *See* Exhibit 5.8.1 (product images). |
| 9[e] | a hip belt [9-E1] coupled to the seat support part [9-D1] and configured for securing about the hips of the transporting individual, |  *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 16 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 9[f] | wherein if one of the upper-leg-support parts [9-D2 or 9-D3] is decoupled from the hip belt [9-E1], that upper-leg-support part is configured such that it is foldable against [9-F1] the seat support part [9-D1] and/or against the torso support part [9-A1]. |  *See* Exhibit 5.8.1 (product images).  *See* Exhibit 5.8.1 (product images). |
| 11 | The carrier as recited in claim 9, further comprising: | *See* above analysis. |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 17 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 11[a] | a first fastener [11-A1] coupled to the left shoulder strap [9-B1] proximate the lower left-strap end [9-B3]; | <br>*See* Exhibit 5.8.1 (product images). |
| 11[b] | a second fastener [11-B1] coupled to the torso support part [9-A1] proximate the lower left coupling point [9-B5], wherein the first fastener [11-A1] is configured for coupling to the second fastener [11-B1]; | <br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 18 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
|  |  |  |
| 11[c] | a third fastener [11-C1] coupled to the right shoulder strap [9-C1] proximate the lower right-strap end [9-C3]; and | <br><br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 19 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 11[d] | a fourth fastener [11-D1] coupled to the torso support part [9-A1] proximate the lower right coupling point [9-C5], wherein the third fastener [11-C1] is configured for coupling to the fourth fastener [11-D1]. |   *See* Exhibit 5.8.1 (product images). |
| 14 | The carrier as recited in claim 9, | *See* above analysis. |
| 14[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [14-A1], on the hip [14-A2], or on the front [14-A3] of the transporting individual. | "Carry options: front facing-in, front facing-out, hip and back carry"  *See* Exhibit 5.8.1 (product images).    *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 20 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| 15 | The carrier as recited in claim 14, | *See* above analysis. |
| 15[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [15-A1], | <br><br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 21 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 15[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [15-B1], |   [15-B1]  Hip Carry  *See* Exhibit 5.8.1 (product images). |
| 15[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [15C-1] or facing away from the transporting individual [15-C2]. | "Carry options: front facing-in, front facing-out, hip and back carry"  *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 22 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| | |  *See* Exhibit 5.8.1 (product images). |
| 18 | A carrier for transporting a child by a transporting individual, comprising: | The Beco 8 is a carrier for transporting a child by a transporting individual.  *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 23 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| 18[a] | a torso support part [18-A1] configured to support the torso of the child placed in the carrier; |  **[18-A1]** *See* Exhibit 5.8.1 (product images). |
| 18[b] | a left shoulder strap [18-B1] having an upper [18-B2] and a lower [18-B3] left-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper left coupling point [18-B4] and a lower left coupling point [18-B5] on the torso support part [18-A1]; |  **[18-B2]** **[18-B1]** **[18-B4]** **[18-A1]** **[18-B3]** **[18-B5]** *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 24 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 18[c] | a right shoulder strap [18-C1] having an upper [18-C2] and a lower [18-C3] right-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper right coupling point [18-C4] and a lower right coupling point [18-C5] on the torso support part [18-A1]; | <br><br>*See* Exhibit 5.8.1 (product images). |
| 18[d] | a seat support part [18-D1] coupled to the torso support part [18-A1] and configured to support the posterior of the child, wherein the seat support part [18-D1] comprises a left upper-leg-support part [18-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [18-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right | "configurable to optionally support at least part of the [] thigh of the child":<br><br><br><br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 25 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| | thigh of the child and otherwise not support the right thigh of the child; and | <br><br>*See* Exhibit 5.8.1 (product images).<br><br>"otherwise not support the [] thigh of the child":<br><br><br><br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 26 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| | |  *See* Exhibit 5.8.1 (product images). |
| 18[e] | a hip belt [18-E1] coupled to the seat support part [18-D1] and configured for securing about the hips of the transporting individual, |  *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 27 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| 18[f] | wherein the left upper-leg-support part [18-D2] is further configured for coupling to the left side of the hip belt [18-F1], |  *See* Exhibit 5.8.1 (product images). |
| 18[g] | wherein the right upper-leg-support part [18-D3] is further configured for coupling to the right side of the hip belt [18-G1]. |  *See* Exhibit 5.8.1 (product images). |
| 19 | The carrier as recited in claim 18, | *See* above analysis. |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 28 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|------------|---------------------|
| 19[a] | wherein if the left upper-leg-support part [18-D2] is coupled to the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is coupled to the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured for supporting the child's thighs proximately perpendicular [19-A1] to the child's body, and |  *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 29 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| 19[b] | wherein if the left upper-leg-support part [18-D2] is decoupled from the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is decoupled from the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured to enable the child's thighs to hang proximately parallel [19-B1] to the child's body. |  *See* Exhibit 5.8.1 (product images).  *See* Exhibit 5.8.1 (product images). |
| 20 | The carrier as recited in claim 18, further comprising: | *See* above analysis. |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 30 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 20[a] | a first fastener [20-A1] coupled to the left shoulder strap [18-B1] proximate the lower left-strap end [18-B3]; |  *See* Exhibit 5.8.1 (product images). |
| 20[b] | a second fastener [20-B1] coupled to the torso support part [18-A1] proximate the lower left coupling point [18-B5], wherein the first fastener [20-A1] is configured for coupling to the second fastener [20-B1]; |  *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 31 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
|       |           |                     |
| 20[c] | a third fastener [20-C1] coupled to the right shoulder strap [18-C1] proximate the lower right-strap end [18-C3]; and |  *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 32 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| 20[d] | a fourth fastener [20-D1] coupled to the torso support part [18-A1] proximate the lower right coupling point [18-C5], wherein the third fastener [20-C1] is configured for coupling to the fourth fastener [20-D1]. | <br>*See* Exhibit 5.8.1 (product images). |
| 23 | The carrier as recited in claim 18, | *See* above analysis. |
| 23[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [23-A1], on the hip [23-A2], or on the front [23-A3] of the transporting individual. | "Carry options: front facing-in, front facing-out, hip and back carry"<br><br>*See* Exhibit 5.8.1 (product images).<br><br><br><br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 33 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|---|---|---|
| 24 | The carrier as recited in claim 23, | *See* above analysis. |
| 24[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [24-A1], |   *See* Exhibit 5.8.1 (product images). |
| 24[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [24-B1], |   *See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 34 of 35

| Claim | Claim Text | Beco 8 Baby Carrier |
|-------|-----------|---------------------|
| 24[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [24-C1] or facing away from the transporting individual [24-C2]. | <br><br>*See* Exhibit 5.8.1 (product images). |

EXHIBIT 5.8.1 (PRODUCT IMAGES). - Page 35 of 35



















Hip
Carry













**EXHIBIT 5.9**

**Claim Chart for Infringement of U.S. Patent No. 8,172,116**
**by the Beco Gemini Baby Carrier**

This chart describes infringement of U.S. Patent No. 8,172,116 patent ("the '116 patent") by the Beco Gemini Baby Carrier ("Gemini") as an exemplary product.  The Gemini infringes the specified claims literally and under the doctrine of equivalents.  The infringement analysis in this chart is preliminary and Complainant's investigation is ongoing.  Complainant reserves the right to provide additional theories under which Respondent's products infringe the '116 patent, or evidence to support its current theories, upon obtaining discovery from Respondent.

| Claim | Claim Text | Beco Gemini Baby Carrier |
|---|---|---|
| 1 | A carrier for transporting a child by a transporting individual, comprising: | The Gemini is a carrier for transporting a child by a transporting individual.<br><br><br><br>*See* www.becobabycarrier.com/collections/beco-gemini |
| 1[a] | a torso support part [1-A1] configured to support the torso of the child placed in the carrier; | <br><br>*See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 1[b] | a left shoulder strap [1-B1] having an upper [1-B2] and a lower [1-B3] left-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper left coupling point [1-B4] and a lower left coupling point [1-B5] on the torso support part [1-A1]; |  *See* www.becobabycarrier.com/collections/beco-gemini |
| 1[c] | a right shoulder strap [1-C1] having an upper [1-C2] and a lower [1-C3] right-strap ends configured for coupling to the torso support part [1-A1] at respectively an upper right coupling point [1-C4] and a lower right coupling point [1-C5] on the torso support part [1-A1]; |  *See* www.becobabycarrier.com/collections/beco-gemini |
| 1[d] | a seat support part [1-D1] coupled to the torso support part [1-A1] and configured to support the posterior of the child, wherein the seat support part [1-D1] comprises a | "configurable to optionally support at least part of the [] thigh of the child": |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| | left upper-leg-support part [1-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [1-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and otherwise not support the right thigh of the child; and | <br>*See* Exhibit 5.9.1 (product images).<br><br><br>*See* www.becobabycarrier.com/collections/beco-gemini<br><br>"otherwise not support the [] thigh of the child": |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
|       |           |  *See* Exhibit 5.9.1 (product images).  *See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 1[e] | a hip belt [1-E1] coupled to the seat support part [1-D1] and configured for securing about the hips of the transporting individual, |  *See* www.becobabycarrier.com/collections/beco-gemini |
| 1[f] | wherein at least one of the upper leg-support parts [1-D2 or 1-D3] is coupled to the hip belt [1-E1] by a fastening device [1-F1] selected from the group consisting of mating areas of a hook and loop type fastener on that upper-leg-support part and the hip belt and mating snaps [1-F2] on that upper-leg-support part and the hip belt. |  *See* Exhibit 5.9.1 (product images). |
| 2 | The carrier as recited in claim 1, further comprising: | *See* above analysis. |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 2[a] | a first fastener [2-A1] coupled to the left shoulder strap [1-B1] proximate the lower left-strap end [1-B3]; | <br><br>*See* www.becobabycarrier.com/collections/beco-gemini |
| 2[b] | a second fastener [2-B1] coupled to the torso support part [1-A1] proximate the lower left coupling point [1-B5], wherein the first fastener [2-A1] is configured for coupling to the second fastener [2-B1]; | <br><br>*See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 2[c] | a third fastener [2-C1] coupled to the right shoulder strap [1-C1] proximate the lower right-strap end [1-C3]; and |  |

*See* www.becobabycarrier.com/collections/beco-gemini

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 2[d] | a fourth fastener [2-D1] coupled to the torso support part [1-A1] proximate the lower right coupling point [1-C5], wherein the third fastener [2-C1] is configured for coupling to the fourth fastener [2-D1]. | <br><br>*See* www.becobabycarrier.com/collections/beco-gemini |
| 5 | The carrier as recited in claim 1, | *See* above analysis. |
| 5[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [5-A1], on the hip [5-A2], or on the front [5-A3] of the transporting individual. | "[F]our different carry positions including Front Carry Facing-In, Front Carry Facing-Out, Hip and Back Carry . . . ."<br><br>*See* www.becobabycarrier.com/collections/beco-gemini<br><br><br><br>*See* Exhibit 5.9.1 (product images). |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|---|---|---|
| 6 | The carrier as recited in claim 5, | *See* above analysis. |
| 6[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [6-A1], |   **[6-A1]**<br><br>*See* Exhibit 5.9.1 (product images). |
| 6[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [6-B1], |   **[6-B1]** |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|-------------------------|
| | | *See* Exhibit 5.9.1 (product images). |
| 6[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [6C-1] or facing away from the transporting individual [6C-2]. | "[F]our different carry positions including Front Carry Facing-In, Front Carry Facing-Out, Hip and Back Carry . . . ." <br><br> *See* www.becobabycarrier.com/collections/beco-gemini <br><br>  <br><br> *See* Exhibit 5.9.1 (product images). |
| 9 | A carrier for transporting a child by a transporting individual, comprising: | The Gemini is a carrier for transporting a child by a transporting individual. <br><br>  |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|---|---|---|
| | | *See* www.becobabycarrier.com/collections/beco-gemini |
| 9[a] | a torso support part [9-A1] configured to support the torso of the child placed in the carrier; | *See* www.becobabycarrier.com/collections/beco-gemini |
| 9[b] | a left shoulder strap [9-B1] having an upper [9-B2] and a lower [9-B3] left-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper left coupling point [9-B4] and a lower left coupling point [9-B5] on the torso support part [9-A1]; | *See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 9[c] | a right shoulder strap [9-C1] having an upper [9-C2] and a lower [9-C3] right-strap ends configured for coupling to the torso support part [9-A1] at respectively an upper right coupling point [9-C4] and a lower right coupling point [9-C5] on the torso support part [9-A1]; |  *See* www.becobabycarrier.com/collections/beco-gemini |
| 9[d] | a seat support part [9-D1] coupled to the torso support part [9-A1] and configured to support the posterior of the child, wherein the seat support part [9-D1] comprises a left upper-leg-support part [9-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [9-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and | "configurable to optionally support at least part of the [] thigh of the child":  *See* Exhibit 5.9.1 (product images). |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
|  | otherwise not support the right thigh of the child; and | <br>*See* www.becobabycarrier.com/collections/beco-gemini<br><br>"otherwise not support the [] thigh of the child":<br><br>*See* Exhibit 5.9.1 (product images). |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| | |  *See* www.becobabycarrier.com/collections/beco-gemini |
| 9[e] | a hip belt [9-E1] coupled to the seat support part [9-D1] and configured for securing about the hips of the transporting individual, |  *See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 9[f] | wherein if one of the upper-leg-support parts [9-D2 or 9-D3] is decoupled from the hip belt [9-E1], that upper-leg-support part is configured such that it is foldable against [9-F1] the seat support part [9-D1] and/or against the torso support part [9-A1]. |  *See* www.becobabycarrier.com/collections/beco-gemini  *See* www.becobabycarrier.com/collections/beco-gemini |
| 11 | The carrier as recited in claim 9, further comprising: | *See* above analysis. |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 11[a] | a first fastener [11-A1] coupled to the left shoulder strap [9-B1] proximate the lower left-strap end [9-B3]; |  *See* www.becobabycarrier.com/collections/beco-gemini |
| 11[b] | a second fastener [11-B1] coupled to the torso support part [9-A1] proximate the lower left coupling point [9-B5], wherein the first fastener [11-A1] is configured for coupling to the second fastener [11-B1]; |  *See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 11[c] | a third fastener [11-C1] coupled to the right shoulder strap [9-C1] proximate the lower right-strap end [9-C3]; and |  *See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|---|---|---|
| 11[d] | a fourth fastener [11-D1] coupled to the torso support part [9-A1] proximate the lower right coupling point [9-C5], wherein the third fastener [11-C1] is configured for coupling to the fourth fastener [11-D1]. | <br><br>*See* www.becobabycarrier.com/collections/beco-gemini |
| 14 | The carrier as recited in claim 9, | *See* above analysis. |
| 14[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [14-A1], on the hip [14-A2], or on the front [14-A3] of the transporting individual. | "[F]our different carry positions including Front Carry Facing-In, Front Carry Facing-Out, Hip and Back Carry . . . ."<br><br>*See* www.becobabycarrier.com/collections/beco-gemini<br><br> |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|---|---|---|
| | | *See* Exhibit 5.9.1 (product images). |
| 15 | The carrier as recited in claim 14, | *See* above analysis. |
| 15[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [15-A1], |  *See* Exhibit 5.9.1 (product images). |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|---|---|---|
| 15[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [15-B1], | <br><br>*See* Exhibit 5.9.1 (product images). |
| 15[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [15C-1] or facing away from the transporting individual [15-C2]. | "[F]our different carry positions including Front Carry Facing-In, Front Carry Facing-Out, Hip and Back Carry . . . ." <br><br>*See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
|  |  |  *See* Exhibit 5.9.1 (product images). |
| 18 | A carrier for transporting a child by a transporting individual, comprising: | The Gemini is a carrier for transporting a child by a transporting individual.  *See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|---|---|---|
| 18[a] | a torso support part [18-A1] configured to support the torso of the child placed in the carrier; | <br>*See* www.becobabycarrier.com/collections/beco-gemini |
| 18[b] | a left shoulder strap [18-B1] having an upper [18-B2] and a lower [18-B3] left-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper left coupling point [18-B4] and a lower left coupling point [18-B5] on the torso support part [18-A1]; | <br>*See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 18[c] | a right shoulder strap [18-C1] having an upper [18-C2] and a lower [18-C3] right-strap ends configured for coupling to the torso support part [18-A1] at respectively an upper right coupling point [18-C4] and a lower right coupling point [18-C5] on the torso support part [18-A1]; |  *See* www.becobabycarrier.com/collections/beco-gemini |
| 18[d] | a seat support part [18-D1] coupled to the torso support part [18-A1] and configured to support the posterior of the child, wherein the seat support part [18-D1] comprises a left upper-leg-support part [18-D2] disposed on the left side of the seat support part and configurable to optionally support at least part of the left thigh of the child and otherwise not support the left thigh of the child and a right upper-leg-support part [18-D3] disposed on the right side of the seat support part and configurable to optionally support at least part of the right thigh of the child and | "configurable to optionally support at least part of the [] thigh of the child":  *See* Exhibit 5.9.1 (product images). |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| | otherwise not support the right thigh of the child; and | <br>*See* www.becobabycarrier.com/collections/beco-gemini<br><br>"otherwise not support the [] thigh of the child":<br><br>*See* Exhibit 5.9.1 (product images). |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
|  |  |  *See* www.becobabycarrier.com/collections/beco-gemini |
| 18[e] | a hip belt [18-E1] coupled to the seat support part [18-D1] and configured for securing about the hips of the transporting individual, |  *See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 18[f] | wherein the left upper-leg-support part [18-D2] is further configured for coupling to the left side of the hip belt [18-F1], | <br><br>*See* Exhibit 5.9.1 (product images). |
| 18[g] | wherein the right upper-leg-support part [18-D3] is further configured for coupling to the right side of the hip belt [18-G1]. | <br><br>*See* Exhibit 5.9.1 (product images). |
| 19 | The carrier as recited in claim 18, | *See* above analysis. |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 19[a] | wherein if the left upper-leg-support part [18-D2] is coupled to the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is coupled to the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured for supporting the child's thighs proximately perpendicular [19-A1] to the child's body, and | <br>*See* Exhibit 5.9.1 (product images).<br><br><br>*See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 19[b] | wherein if the left upper-leg-support part [18-D2] is decoupled from the left side of the hip belt [18-F1] and the right upper-leg-support part [18-D3] is decoupled from the right side of the hip belt [18-G1], the left upper-leg-support part [18-D2] and the right upper-leg-support part [18-D3] are configured to enable the child's thighs to hang proximately parallel [19-B1] to the child's body. | <br>*See* Exhibit 5.9.1 (product images).<br><br><br>*See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| | | |
| 20 | The carrier as recited in claim 18, further comprising: | *See* above analysis. |
| 20[a] | a first fastener [20-A1] coupled to the left shoulder strap [18-B1] proximate the lower left-strap end [18-B3]; |  *See* www.becobabycarrier.com/collections/beco-gemini |
| 20[b] | a second fastener [20-B1] coupled to the torso support part [18-A1] proximate the lower left coupling point [18-B5], wherein the first fastener [20-A1] is configured for coupling to the second fastener [20-B1]; |  *See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 20[c] | a third fastener [20-C1] coupled to the right shoulder strap [18-C1] proximate the lower right-strap end [18-C3]; and | <br><br>*See* www.becobabycarrier.com/collections/beco-gemini |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 20[d] | a fourth fastener [20-D1] coupled to the torso support part [18-A1] proximate the lower right coupling point [18-C5], wherein the third fastener [20-C1] is configured for coupling to the fourth fastener [20-D1]. | <br>*See* www.becobabycarrier.com/collections/beco-gemini |
| 23 | The carrier as recited in claim 18, | *See* above analysis. |
| 23[a] | wherein the carrier is configurable to enable carrying the child in one of at least two of the following positions: on the back [23-A1], on the hip [23-A2], or on the front [23-A3] of the transporting individual. | "[F]our different carry positions including Front Carry Facing-In, Front Carry Facing-Out, Hip and Back Carry . . . ."<br>*See* www.becobabycarrier.com/collections/beco-gemini<br><br><br>*See* Exhibit 5.9.1 (product images). |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 24 | The carrier as recited in claim 23, | *See* above analysis. |
| 24[a] | wherein if the carrier is configured for carrying the child on the back of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [24-A1], |  *See* Exhibit 5.9.1 (product images). |
| 24[b] | wherein if the carrier is configured for carrying the child on the hip of the transporting individual, the carrier is further configurable for carrying the child facing toward the transporting individual [24-B1], |  *See* Exhibit 5.9.1 (product images). |

| Claim | Claim Text | Beco Gemini Baby Carrier |
|-------|-----------|--------------------------|
| 24[c] | and wherein if the carrier is configured for carrying the child on the front of the transporting individual, the carrier is further configurable for carrying the child either facing toward the transporting individual [24-C1] or facing away from the transporting individual [24-C2]. |  *See* Exhibit 5.9.1 (product images). |







