**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 19-cv-0657-WJM-KLM

LILLEBABY, LLC,

    Plaintiff,

v.

BOBA, INC., d/b/a Beco Baby Carrier,

    Defendants.

_____

**ORDER ADOPTING APRIL 29, 2019 RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**
_____

    This matter is before the Court on the April 29, 2019 Recommendation of United States Magistrate Judge Kristen L. Mix (the "Recommendation") (ECF No. 16) that this case be stayed and administratively closed pursuant to D.C.COLO.LCivR 41.2 pending completion of a U.S. International Trade Commission investigation.  *See* 28 U.S.C. § 1659(a).  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 16 at 3.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

    The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only

satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 16) is ADOPTED in its entirety;

(2) This case is STAYED pursuant to 28 U.S.C. § 1659(a) and ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause, including a final determination by the International Trade Commission; and

(3) The parties shall provide a status report within 14 days of the resolution of the ITC proceeding.

Dated this 14th day of May, 2019.

BY THE COURT:

_____
William J. Martínez
United States District Judge